UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:19-cr-00961-SRC |
| JAZMYNN LESTER, | ) ) ) |
| Defendant. | ) |

## Order

On **Tuesday, March 16, 2021 at 2:00 p.m.,** the Court will hold an **in-person status conference and *Frye* hearing** in **Courtroom 14-North**. At the hearing, the parties will be expected to a record of any plea offers made by the United States and rejected by Defendant, as discussed in *Missouri v. Frye*, 566 U.S. 133, 145-47 (2012). If the parties expect this case to go to trial, the parties will be expected to discuss the length of the trial, availability, and any evidentiary or other issues that may arise during trial.

No later than **Thursday, March 11, 2021** the parties may request that the *Frye* hearing be converted to a change of plea hearing, by emailing ***a fully-executed copy of the plea agreement*** to the undersigned's paralegal, Chelsea Langeneckert, at chelsea_langeneckert@moed.uscourts.gov.

Any request to reschedule the hearing ***must demonstrate good cause***, and must be filed by no later than **Tuesday, March 9, 2021.**

Dated this 23rd day of February 2021.

STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE

1